ACCEPTED
03-14-00819-cv
4426796
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 4:11:16 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00819-CV

IN THE COURT OF APPEALS FOR THE
THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/9/2015 4:11:16 PM

JEFFREY D. KYLE
Clerk

*Judy Weirich*

*v.*

*IESI Corp. and Southside Wrecker, Inc.*

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Appellant Judy Weirich, respectfully present this motion to extend time to file her brief pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d). In support of her motion, Appellant would show the Court as follows:

### I.

This Court received the clerk's record on February 4, 2015. This Court received the court reporter's record on February 5, 2015.

### II.

Appellant requests an additional 30 days from March 9, 2015, or up to and including April 8, 2015 within which to file the brief. This extension is necessary because the following matters have prevented the completion of the brief and/or will preclude the undersigned from doing so sooner than March 9, 2015:

Personal and business commitments of Appellant's counsel which prohibited counsel from preparing the brief within the deadline.

For this reason, the undersigned did not complete the Appellant's brief by its current due date and respectfully requests an additional 30 days from March 9, 2015 within which to do so. The extension is not sought only for delay, but so that justice can be done.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that the Court grant her motion for extension of time in which to file her brief, extend the current March 9, 2015 deadline 30 days from the date of filing this appeal, up to and including April 8, 2015 and that the Court grant such other and further relief to which Appellant may show herself to be justly and equitably entitled.

Respectfully submitted,

**ZACHARY P. HUDLER, P.C.**

By: /S/ Zachary P. Hudler
    Zachary P. Hudler
      Zachary P. Hudler
      State Bar No. 24032318
      P.O. Box 1728
      100 E. Pecan Street, Suite One
      Johnson City, Texas 78636
      830.868.7651 (Telephone)
      830.868.7636 (Facsimile)

      ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Appellant attempted to confer with IESI Corp.'s attorney Vaughan Waters by telephone, on March 9, 2015 regarding the merits of this Motion but was unable to reach him. Counsel for Appellant conferred with George Petras, counsel for Southside Wrecker, Inc. and he stated that he was not opposed to this request. This motion is being presented for the court's consideration.

/S/ Zachary P. Hudler
Zachary P. Hudler


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to counsel listed below in the following manner on this the 9th day of March, 2015.

**VIA E-SERVICE**
Mr. George J. Petras IV
The Petras Law Firm
1504 San Antonio Street
Austin, Texas 78701
Attorney for Southside Wrecker, Inc.
gpetras@petraslawfirm.com


**VIA E-SERVICE**
Mr. Vaughan Waters
Thorton, Biechlin, Segrato, Reynolds & Guerra, L.C.
100 N.E. Loop 410
San Antonio, Texas 78216
Attorneys for IESI Corporation
vwaters@thortonfirm.com

/S/ Zachary P. Hudler
Zachary P. Hudler